# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  06-cr-00302-EWN-01 |
| | USM Number:  09110-112 |
| PEDRO ORTIZ-BARRIOS <br> a/k/a Pedro Jesus Ortiz | Matthew Golla, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Special Condition:  The Defendant Shall Not Enter the United States Illegally/Failure to Report for Supervision | 09/07/04 |
| 2 | Violation of the Law:  Distribution of a Schedule I Controlled Substance | 09/07/04 |
| 3 | Violation of the Law:  Unlawful Re-Entry Following Deportation After Conviction for an Aggravated Felony | 09/07/04 |

    The defendant is sentenced as provided in pages 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 27, 2006
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

November 3, 2006
Date

DEFENDANT:  PEDRO ORTIZ-BARRIOS
CASE NUMBER:  06-cr-00302-EWN-01                                                                         Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months consecutively to 05-cr-00077-MSK-01 and 04-cr-00396-EWN-1.

The court recommends that the Bureau of Prisons designate the defendant to a facility in the Southern District of California for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

DEFENDANT:  PEDRO ORTIZ-BARRIOS
CASE NUMBER:  06-cr-00302-EWN-01                                                        Judgment-Page 3 of 2

                                                                                         Deputy United States Marshal

DEFENDANT:  PEDRO ORTIZ-BARRIOS
CASE NUMBER:  06-cr-00302-EWN-01                                                        Judgment-Page 3 of 2